UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:12-CR-75-RLM |
| | ) | |
| ERIC BARKER | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 2, 2012. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 8), ACCEPTS defendant Eric Barker's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: September 24, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court